In re: DOT MD, LLC Debtor.

Frank M. Weyer, as assignee of the Judgements of East Coast Internet and Internet.MD, Inc., Plaintiff–Appellant,

v.

Morton Levine, Chapter 11 Trustee for the estate of Dot MD, LLC, Defendant–Appellee.

No. 04–13367.

United States Court of Appeals, Eleventh Circuit.

Aug. 12, 2005.

Frank M. Weyer, Beverly Hills, CA, pro se.

Stephen H. Block, Levine & Block, Atlanta, GA, for Defendant-Appellee.

Before EDMONDSON, Chief Judge, BIRCH and COX, Circuit Judges.

PER CURIAM.

Frank M. Weyer, a creditor of Dot MD, LLC, appeals the district court's affirmance of the bankruptcy court's grant of summary judgment in favor of Morton P. Levine, the bankruptcy trustee. The bankruptcy court determined that Weyer's judgment lien did not attach to proceeds of a settlement agreement between the Trustee and MoldData. *In re DotMD, LLC,* 303 B.R. 519 (Bankr.N.D.Ga.2003). Because the proceeds from MoldData's agreement with the trustee were not from the sale of assets that Dot MD properly or presently held, but represented a settlement—at least in part—of disputed contractual claims, we conclude that the bankruptcy court did not err in determining that the creditor's judgment did not attach to the proceeds. *See* O.C.G.A. § 44–12–20;

*Prodigy Centers/Atlanta v. T–C Assocs.,* 269 Ga. 522, 501 S.E.2d 209, 211 n. 3 (1998).

**AFFIRMED.**